IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMIE PHILLIPS,<br><br>    Plaintiff,<br><br>vs.<br><br>JERRY ERWIN ASSOCIATES, INC., d/b/a JEA Senior Living, and OMAHA CARE GROUP, L.L.C., d/b/a Prairie Meadows Alzheimer Special Care Center,<br><br>    Defendants. | 8:14CV320<br><br>ORDER |

This matter is before the court on the defendants' Unopposed Motion to Amend Progression Order (Filing No. 24). Upon consideration,

**IT IS ORDERED**:

The defendants' Unopposed Motion to Amend Progression Order (Filing No. 24) is granted.

**IT IS FURTHER ORDERED**: The provisions of the court's earlier progression order remain in effect, and in addition to those provisions, the following shall apply:

1. Motions to Compel must be filed **on or before October 5, 2015**;
2. Experts must be disclosed by **October 5, 2015** (for Plaintiff) and **November 5, 2015** (for Defendants);
3. Discovery and depositions must be completed by **October 30, 2015**; and
4. Motions for Summary Judgment must be filed **on or before November 30, 2015**.

Dated this 14th day of August, 2015.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge