## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMIE PHILLIPS, | ) | Case No. 8:14-cv-00320-JFB-TDT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JERRY ERWIN ASSOCIATES, INC., | ) | |
| d/b/a JEA Senior Living, and OMAHA | ) | |
| CARE GROUP, L.L.C., d/b/a Prairie | ) | |
| Meadows Alzheimer Special Care Center, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, whereby the parties stipulate and agree that the above-captioned action should be dismissed with prejudice, each party to bear their own costs and fees, as a result of the parties' settlement of the claims and defenses herein. The Court, being fully advised in the premises, finds that said Motion should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-captioned matter is hereby dismissed with prejudice, each party to pay their own costs.

Dated this 7th day of January, 2016.

BY THE COURT:


s/ Joseph F. Bataillon
Senior United States District Judge